IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| MEMORIAL HOSPICE, INC. AND VANELLA CAMPBELL, | PLAINTIFFS/COUNTER DEFENDANTS |
| V. | CIVIL ACTION NO. 2:08-CV-48-B-A |
| RUTHIE NORRIS | DEFENDANT/COUNTER-PLAINTIFF |

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, it is hereby

**ORDERED:**

That defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART as outlined in the Memorandum Opinion.

This the 24th day of February, 2009.

               /s/ S. ALLAN ALEXANDER
               UNITED STATES MAGISTRATE JUDGE